## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: JOHN MARSHALL PAYNE III     :    No. 85 MAL 2016

: 

: 

PETITION OF: COMMONWEALTH OF    :    Petition for Allowance of Appeal from
PENNSYLVANIA                       :    the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of August, 2016, the Petition for Allowance of Appeal is

**DENIED**.

Justices Donohue and Mundy did not participate in the consideration or decision of this matter.